AUSA: Nancy Abraham  Telephone: (810)766-5177
Task Force Officer : Kenneth Monroe  Telephone: (810)423-6432

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

KESHAWN CHRISTIAN

    Defendant(s).

Case No. 4:23-mj-30238
Judge: Ivy, Curtis
Filed: 06-08-2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of June 1, 2023, in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

KENNETH MONROE- TFO, ATF&E
Printed name and title

Sworn to before me and signed in my presence.

Date: June 8, 2023

_____
Judge's signature

City and state: Bay City, Michigan

PATRICIA T. MORRIS, United States Magistrate Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Keshawn Christian*

I, Kenneth Monroe, being duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am currently employed by the Michigan State Police as a Detective Trooper and have been employed as Trooper since 2010. I have been a law enforcement officer since 2005 including service for Mundy Township Police Department, Swartz Creek Police Department, and City of Burton Police. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. During my employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of

1

establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, I have probable cause to believe that on June 1, 2023, in the Eastern District of Michigan, Keshawn Christian, knowing that he had previously been convicted of a crime punishable by imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition in violation of 18 U.S.C. §§ 922(g)(1).

## BACKGROUND

1. On Tuesday May 23, 2023, the Flint Police Department was dispatched to 606 W. Lorado Avenue in reference to a shooting. Investigation revealed the 57-year-old victim, J.G., had been shot to death.

2. Investigation revealed a white, Chevrolet Equinox was the vehicle the suspect(s) fled the homicide scene in. Investigators identified a license plate for the vehicle, which was later located at 6119 Natchez Drive, Mount Morris, Michigan.

3. During the execution of a state search warrant for the vehicle officers seized court paperwork from Texas that was addressed to Keshawn Christian at 6119 Natchez Dr., Mount Morris Michigan. A search of Michigan Secretary of State records also indicated that Keshawn Christian lives at 6119 Natchez Dr. Mount Morris Michigan.

4.      On Thursday June 1, 2023, officers from the Flint Police Department and the Michigan State Police Emergency Services team executed a state search warrant at the residence of Keshawn Christian at 6119 Natchez Drive, Mount Morris.

5.      Sgt. Chenet of the Michigan State Police was one of the members of the Michigan State Police Emergency Services team who carried out the search warrant. Upon approaching the residence Sgt. Chenet observed a subject, who was later identified as Keshawn Christian, standing on the front porch of 6119 Natchez. When Christian saw the police, he ran into the residence through the front door. Christian was seen a short time later walking out of the side door of the residence where he was taken into custody.

6.      During the search of the residence officers found a 300 Blackout, AR style pistol sitting on the back (west) deck of the residence. It had no serial number and no markings. The firearm was sitting on a patio chair in the plain view. The firearm was found to be loaded with 20 rounds of ammunition including one round in the chamber. 3 of the rounds were found to be "LC" brand, 300 blackout ammunition and 17 rounds were found to be "Hornaday" brand, 300 blackout.



7. Detective Egbert spoke to the homeowner, Betty Flowers, who was identified as Keshawn Christian's grandmother. She advised Detective Egbert that she believed Keshawn was "in trouble". Detective Egbert told her a firearm was found to which she stated, "that must be why Keshawn was running around the house and yard before you guys got here". Flowers and Christian were the only two occupants of the residence at the time of the search warrant.

8. On June 6, 2023, I spoke to Flowers at her residence. Flowers stated that Christian is her grandson and has been at the house every day for approximately the past month, since he got of jail on an unrelated charge. She further stated two other adult grandsons live at the house as well.

9. Flowers stated that she sees Christian with a gun nearly every day. She used her hands to demonstrate the size of the gun he carries which was the approximate size of the gun recovered. She stated Christian "wears that gun like he wears underwear" and advised that he is never without it. Flowers further stated that on the day the search warrant was executed Christian was sitting on the front porch with the gun that was found at the house in his lap. Flowers recalled that she went outside and made the following statement to Christian: "I've told you about sitting with that gun out here".

10. Flowers stated a short time later she was seated in the front room of her house when Christian entered the house from the front door and ran past her with the gun in his hands. She stated he then ran to the back window, which backs up to the deck attached to the house and threw the gun out of the window.

11. I reviewed Keshawn Christian's computerized criminal history (CCH) and discovered he had been convicted of felony carrying a concealed weapon on November 14, 2022, in the Genesee County 7th Circuit Court. A query of Keshawn Christian through the Law Enforcement Information Network (LEIN) showed that he was currently on probation in Flint Michigan.

12. I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms and ammunition. S/A Hurt stated that the Hornady 300 blackout ammunition and the

LC 300 blackout ammunition were manufactured outside the state of Michigan and was therefore possessed in and affecting interstate commerce.

## CONCLUSION

14. Based on this information, probable cause exists that Keshawn Christian violated 18 U.S.C. § 922(g)(1) on June 1, 2023.

_____
KENNETH MONROE, Affiant
Task Force Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on  June 8, 2023  .

_____
PATRICIA T. MORRIS
United States Magistrate Judge